# United States Court of Appeals
### For the Eighth Circuit

_____

No. 15-3029

_____

Claud Gaines

*Plaintiff - Appellant*

v.

City of Forrest City; Dwight Duch, Lieutenant, Individually and in his official
capacity; E.P. Reynolds, Individually and in his official capacity; Larry Bryant,
Individually and in his official capacity

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Helena

_____

Submitted: May 6, 2016
Filed: May 13, 2016
[Unpublished]

_____

Before LOKEN, BYE, and KELLY, Circuit Judges.

_____

PER CURIAM.

Claud Gaines appeals the district court's[1] adverse grant of summary judgment in his pro se employment-discrimination action. The district court entered judgment against him on July 16, 2015. His notice of appeal was filed on August 24, 2015, more than 30 days later. See Fed. R. App. P. 4(a)(1)(A) (30 days to appeal in civil case), 26(a) (computing time). This court therefore lacks jurisdiction over this untimely appeal. See Dieser v. Cont'l Cas. Co., 440 F.3d 920, 923 (8th Cir. 2006) (requirement of timely NOA is mandatory and jurisdictional; federal court will raise jurisdiction issues sua sponte). Accordingly, we dismiss the appeal.

_____

[1]The Honorable D.P. Marshall, Jr., United States District Judge for the Eastern District of Arkansas.